ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHEN G. WOLFE (Cal. Bar No. 116400)
Assistant United States Attorney
    312 North Spring Street, 15th Floor
    Los Angeles, California  90012
    Telephone:  (213) 894-7408
    Facsimile:  (213) 894-3713
    E-mail: Steve.Wolfe@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>      v.<br>JACK GAMBARYAN,<br>HAYK KARAYAN, and<br>ZHIRAYR KARAYAN,<br>                Defendants. | NO. CR 10-531-GHK<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 48 |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of court, the United States Attorney for the Central District of California hereby dismisses the Indictment in this case, without prejudice, against defendants JACK GAMBARYAN, HAYK KARAYAN, and ZHIRAYR KARAYAN only.

This dismissal is taken because the charges in this case, with additional allegations, have also been charged in <u>United States v. Darbinyan et al.</u>, CR 11-72-DDP.  The government requests that the bonds in this case not be exonerated on dismissal of the Indictment, because the same bonds have been

//

//

//

used to secure the defendants' appearances and good conduct in the <u>Darbinyan</u> case.

                                      Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

Dated: March _7_, 2011                  /s/
                                      STEPHEN G. WOLFE
                                      Assistant United States Attorney

Attorneys for Plaintiff
United States of America